IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OTISA C. STRICKLAND                                                           PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:12cv493LG-FKB

THE MISSISSIPPI BAR; MICHAEL
PARKER, Judge; ADAM KILGORE
and PAMELA FERRINGTON                                   DEFENDANTS

## ORDER

This civil rights case in which Plaintiff has been granted permission to proceed *in forma pauperis*, and the United States Marshals Service has served process on the Defendants. As discussed more fully in the Order entered on August 10, 2012, the Court has recognized that Plaintiff's claims may be barred by immunity, and Plaintiff has been advised to submit an Amended Complaint on or before September 10, 2012. In accordance with Unif. L. R. 16(b)(3), therefore, the Court is of the opinion that this matter should be stayed until such time as the Court determines whether an immunity defense bars any and all of Plaintiff's claims.

IT IS, THEREFORE, ORDERED that all further proceedings in this matter are hereby stayed until further order of the Court.

SO ORDERED, this the ____ day of August, 2012.

*s/Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE